**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>PANORAMA INVESTORS, LLC., an Oregon limited liability company; PANORAMA DEVELOPMENT, LLC, an Oregon limited liability company, et al.,<br><br>    Defendants. | 3:09-cv-00624-ECR-RAM<br><br><br><br><br>DEFAULT JUDGMENT |

Upon application by Plaintiff Bank of the West (the "Bank) and for good cause appearing, Judgment by Default is hereby entered in favor of Plaintiff Bank of the West and against Defendants Panorama Investors, LLC and Panorama Development, LLC as follows:

    A.    The principal sum of $2,664,136.58;

    B.    Accrued interest in the amount of $386,123.28 through November 13, 2009;

    C.    Miscellaneous fees, costs and expenses in the amount of $39,531.40 through November 1, 2009;

    D.    Accrued prejudgment interest in the amount of $483,260.40 from November 13, 2009 through February 8, 2011;

    E.    Attorneys' fees in the amount of $31,208.50 and costs in the amount of $501.80;

/  /  /

1	F.	Interest on the total of foregoing principal, interest, fees and costs shall accrue at the highest lawful rate from entry of the judgment until paid in full.

ENTERED nunc pro tunc as of the 8th day of February 2011.

_____
EDWARD C. REED
Senior United States District Judge